1  GIA N. MARINA
   Nevada Bar No. 15276
2  **CLARK HILL PLLC**
   1700 South Pavilion Center Drive, Suite 500
3  Las Vegas, Nevada  89135
   E-mail: gmarina@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 778-9709
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8                  UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
9

10  MYRNA PASCUA,                    )   Case No. 2:24-cv-01249-JCM-MDC
                                     )
11                  Plaintiff,       )
                                     )
12  vs.                              )   **JOINT MOTION FOR EXTENSION OF**
                                     )   **TIME FOR DEFENDANT EQUIFAX**
13  EQUIFAX                          )   **INFORMATION SERVICES LLC TO**
    INFORMATION SERVICES LLC;        )   **FILE ANSWER**
14  EXPERIAN INFORMATION SOLUTIONS,  )
    INC.; INNOVIS DATA SOLUTIONS, INC.; )  **FIRST REQUEST**
15  CLARITY SERVICES, INC.;          )
    HOMEAMERICAN MORTGAGE            )
16  CORPORATION and AIR ACADEMY      )
    FEDERAL CREDIT UNION,            )
17                                   )
18                                   )
                    Defendants.      )
19                                   )

20       Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

21  time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

22  no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED

23  to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move

24  or otherwise respond to the Complaint in this action is extended from August 14, 2024 through and

25  including **September 13, 2024**.  The request was made by Equifax so that it can have an opportunity

26  / /

27  / /

28

to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 14th day of August, 2024.

CLARK HILL PLLC

By: /s/Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax Information Services LLC*

**No opposition**

/s/ Gerardo Avalos
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
FREEDOM LAW GROUP
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: ghaines@freedomlegalteam.com
Email: gavalos@freedomlegalteam.com

*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 8/19/2024

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 14th day of August, 2024, via CM/ECF, upon all counsel of record:

By: /s/ Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
Email: gmarina@clarkhill.com